## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Alderman, Valoria

Printed:  4/8/08

Case Number:  07 B 05852
Judge:  Hollis, Pamela S
Filed:  4/2/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  February 25, 2008
Confirmed:  July 16, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 900.15 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 851.54 |
| Trustee Fee: |  | 48.61 |
| Other Funds: |  | 0.00 |
| Totals: | 900.15 | 900.15 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Schottler & Zukosky | Administrative | 2,500.00 | 851.54 |
| 2. | Home Loan Services | Secured | 0.00 | 0.00 |
| 3. | Home Loan Services | Secured | 14,960.96 | 0.00 |
| 4. | RoundUp Funding LLC | Unsecured | 4.50 | 0.00 |
| 5. | General Motors Acceptance Corp | Unsecured | 183.56 | 0.00 |
| 6. | Freedom Card | Unsecured | 32.17 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 13.53 | 0.00 |
| 8. | Verizon Wireless | Unsecured | 8.50 | 0.00 |
| 9. | Schottler & Zukosky | Priority | | No Claim Filed |
| 10. | Credit Protection Association | Unsecured | | No Claim Filed |
| 11. | Asset Acceptance | Unsecured | | No Claim Filed |
| 12. | Capital One | Unsecured | | No Claim Filed |
| 13. | IC System Inc | Unsecured | | No Claim Filed |
| 14. | Seventh Avenue | Unsecured | | No Claim Filed |
| | | | $ 17,703.22 | $ 851.54 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 48.61 |
|  | $ 48.61 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Alderman, Valoria

Printed:  4/8/08

Case Number:  07 B 05852

Judge:  Hollis, Pamela S

Filed:  4/2/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: